**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MADISON WATERS, et al. *
Plaintiffs
* Civil Case No. SAG-22-2625
v.
*
COLUMBIA DEBT RECOVERY, LLC, et al.
Defendants *

* * * * * * * * * * * *

**ORDER**

Currently pending in this matter are motions to dismiss filed by Defendant GREP Southwest, LLC d/b/a Greystar ("Greystar"), ECF 98, and jointly by Defendants Equifax Information Services, LLC ("Equifax") and Trans Union LLC ("Trans Union"), ECF 97. The motions have been fully briefed. ECF 103, 104, 109, 111. Greystar's motion challenges the propriety of venue in this district and requests the alternative remedy of transfer of venue. ECF 98. This Court noted the "serious questions" about the "appropriateness of venue in this District" and scheduled an evidentiary hearing, which has not yet occurred. ECF 112. While Plaintiffs maintain that venue in this district is proper, they now consent to transfer of venue to the Western District of Michigan, where all parties agree this case could have been brought. ECF 121. In correspondence with chambers, Defendant Columbia Debt Recovery ("Columbia") does not oppose the transfer, and Defendants Equifax and TransUnion, while not opposed to the transfer, expressed a desire that this Court resolve their pending motion to dismiss before transferring venue.

Upon consideration of the parties' positions, this Court believes that all parties' motions to dismiss should be adjudicated by the Court that will hear this case in its entirety to its conclusion. Any dismissal of Equifax and TransUnion would be without prejudice, and the presiding judge could provide the best guidance as to any deficiencies in the existing complaint, including

resolution of the standing issue regarding one of the Plaintiffs. Although not all Defendants challenged venue, judicial efficiency counsels against piecemeal resolution of some defendants' arguments in one court and some defendants' arguments in another. Accordingly, pursuant to 28 U.S.C. § 1404(a) and in the interests of justice, the Clerk of Court is ORDERED to transfer this case to the Western District of Michigan, including for resolution of the pending motions. This Court notes that, in consenting to this transfer, no parties are waiving any arguments, claims, or defenses. The Evidentiary Hearing scheduled for August 23, 2024, is hereby canceled.

SO ORDERED this 22nd day of August, 2024.

/s/
Stephanie A. Gallagher
United States District Judge