# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Northern Division Address David E. Ciambruschini, Chief Deputy

August 22, 2024

Clerk's Office
United States District Court for the Western District of Michigan
Gerald R. Ford Federal Building
110 Michigan Street, N.W., Room 399
Grand Rapids, MI 49503

Re: Civil Action No.: 22-cv-2625 Waters, et al. v. Columbia Debt Recovery, et al.

Dear Clerk:

☒ On August 22, 2024, an Order was filed transferring the above-captioned case to your Court. The Transfer Order, docket entries, and electronically filed documents are being sent to your court via CM/ECF case extraction.

Sincerely,

Catherine M. Stavlas, Clerk

By: /s/ Denise Skinner
Deputy Clerk

Enclosure

Letter transferring case (Rev. 02/26/2002)